IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRIAN WILSON,

    Plaintiff,

vs.                                           1:24-cv-00025-KWR-LF

THE PHOENIX INSURANCE COMPANY,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The parties have reached a negotiated resolution in this matter.

IT IS THEREFORE ORDERED that closing documents must be filed no later than **Monday, July 15, 2024**, absent a written motion showing good cause for an extension.

_____
Laura Fashing
United States Magistrate Judge